| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | David K. Schneider (SBN 139288)<br>Michael L. Branch (SBN 149531)<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, California 92101<br>Telephone: (619) 233-5500<br>Facsimile: (619) 233-5535<br>Email: dks@yslaw.com<br>         mlb@yslaw.com |

**ENTER  JS-6**

**NOTE: CHANGES MADE BY THE COURT**

6  Attorneys for Defendants DHI MORTGAGE COMPANY LTD. LP and D.R.
7  HORTON LOS ANGELES HOLDING COMPANY, INC.

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  SUZANNE MIRZOYAN, an individual,    )    Case No. CV07-296-R (RCx)
                                         )
11               Plaintiff,               )
                                         )    [~~PROPOSED~~] JUDGMENT
12  v.                                    )
                                         )    DATE:  9/15/08
13  DHI MORTGAGE COMPANY LTD L.P.        )    TIME:   10:00 a.m.
    an assumed name used in California for)
14  DHI MORTGAGE COMPANY LTD., a         )    TRIAL: 9/23/08
    Texas Limited Partnership; D.R.       )
15  HORTON LOS ANGELES HOLDING           )
    COMPANY, INC., a California           )
16  Corporation; and DOES 1 through 50,   )
    Inclusive,                            )
17                                        )
                 Defendants.              )
18  _____)

19       This action came on for hearing before this Court, on September 15, 2008, Honorable

20  Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment or Partial Summary

21  Judgment. The evidence presented having been fully considered, the issues having been duly heard

22  and a decision having been duly rendered,

23       IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be

24  dismissed on the merits and that defendants DHI Mortgage Company Ltd. LP and D.R. Horton Los

25  Angeles Holding Company, Inc. recover its costs.

26

27  Dated:__September 18, 2008__                    _____
                                                       United States District Judge
28

                                    1                          Case No. CV07-296-R (RCx)
                            [PROPOSED] JUDGMENT